IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COR CLEARING, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID H. JARVIS,<br><br>    Defendant. | 8:13CV292<br><br>ORDER |

This matter is before the court on the parties' joint status report (Filing No. 51). The stay imposed by the court's January 9, 2014, Order (Filing No. 26) shall remain in effect under the same conditions of that Order.

  **IT IS SO ORDERED**.

Dated this 9th day of January, 2015.

            BY THE COURT:

            s/ Thomas D. Thalken
            United States Magistrate Judge