# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COR CLEARING, LLC, | |
| Plaintiff, | 8:13CV292 |
| vs. | |
| DAVID H. JARVIS, | ORDER |
| Defendant. | |

This matter is before the court on the plaintiff's Report RE Case Progression (Filing No. 62). The plaintiff indicates arbitration is complete and the plaintiff determined it would not file a motion to vacate the award. Accordingly,

**IT IS ORDERED**:

1. The stay imposed by the January 9, 2014, Order (Filing No. 26) is hereby lifted.

2. **On before December 1, 2015**, the plaintiff shall file documents to allow the court to close the case or show cause why the complaint should not be dismissed.

Dated this 18th day of November, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge